**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

LEAH RODEMAKER,                                :
                                               :
    Plaintiff,                             :
                                               :
v.                                             :          CASE NO.:  7:21-CV-20 (WLS)
                                               :
CITY OF VALDOSTA BD. OF EDUC., :
or, in the alternative, VALDOSTA CITY :
SCH. DIST., WARREN LEE, LIZ            :
SCHUMPHARD, TYRA HOWARD,       :
DEBRA BELL, and KELISA BROWN,   :
                                               :
    Defendants.                            :
                                               :
_____ :

## ORDER

On December 31, 2025, the Court received a letter from the above-named Defendants regarding the ongoing stay in this case. (Doc. 33). The Defendants explain that on December 16, 2024, defense counsel became aware that Plaintiff's husband, Alan Rodemaker, applied for an extension of time to file a petition for certiorari to the United States Supreme Court. (Doc. 33 at 1). Mr. Rodemaker's application was granted on December 27, 2024, giving him until January 30, 2025, within which to file an appeal. (*Id.* at 1–2). Given the likely impact the outcome of Mr. Rodemaker's case will have on the above-captioned action along with the potential additional appellate litigation, the Defendants contend that "judicial efficiency would be served by keeping the current stay in the [instant] case in place until [Mr.] Rodemaker's appeal to the United States Supreme Court has resolved." (*Id.* at 2).

While the Court concurs with Defendant's assessment of the situation involving Mr. Rodemaker's extension to file an appeal, Mr. Rodemaker's deadline to do so has now passed. The Court requires additional information regarding the status of that litigation before it may proceed with the pending matters in this case. As such, the Parties are **ORDERED** to inform the Court of the status of Mr. Rodemaker's appeal as well as any additional issues related to the status of the instant case, in writing, **within fourteen (14) days** of the entry of this Order,

or **by no later than Wednesday, May 14, 2025**. The Parties may do so by submitting their own responses or by filing a joint response.

      **SO ORDERED**, this 30th day of April 2025.

                                     **/s/ W. Louis Sands**
                                     **W. LOUIS SANDS, SR. JUDGE**
                                     **UNITED STATES DISTRICT COURT**