IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LEAH RODEMAKER,                          *

       Plaintiff,                       *

v.                                             Case No.  7:21-cv-20 (WLS)

                                               *

CITY OF VALDOSTA BOARD OF
EDUCATION, et al.,                       *

       Defendants.                      *

## J U D G M E N T

Pursuant to this Court's Order dated July 21, 2026, and for the reasons stated therein, JUDGMENT

is hereby entered remanding this case to the Superior Court of Lowndes County, Georgia.

This 21st day of July, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk